IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:04CR350 |
| | ) | |
| Plaintiff, | ) | |
| | ) | O R D E R |
| v. | ) | |
| | ) | |
| DEWAYNE GREEN, | ) | |
| | ) | |
| Defendant. | ) | |

THIS MATTER came before the Court on the 3rd day of June, 2005, on the Motion of the Defendant for an order to seal a document. (Filing No. 70). Being fully advised in the premises, the Court finds that the Motion should be granted.

IT IS ORDERED:

1. The Motion for an order to seal document (Filing No. 70) is granted; and

2. The document named in Defendant's Motion to Seal Document shall be filed under seal.

DATED this 3rd day of June, 2005.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge