### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:04CR350** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **ORDER** |
| vs. | ) | |
| | ) | |
| **DEWAYNE A. GREEN,** | ) | |
| | ) | |
| **Defendant.** | ) | |

The Clerk's Office has requested that Document Number 75 be stricken from the record for the following reason:

- Document filed in incorrect case.

IT IS THEREFORE ORDERED that the Clerk's Office shall strike Document Number 75 from the record.

DATED this 7th day of June, 2005.

                                              BY THE COURT:

                                              s/Laurie Smith Camp
                                              United States District Judge