IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | CASE NO. 8:04CR350 |
| **Plaintiff,** | ) ) ) | |
| vs. | ) ) | JUDGMENT |
| **DEWAYNE A. GREEN,** | ) ) | |
| **Defendant.** | ) | |

Pursuant to the accompanying Memorandum and Order,

IT IS ORDERED:

1. The Court has completed the initial review of the Defendant's motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255 (Filing No. 106);

2. Upon initial review, the Court summarily denies the Defendant's claims raised in the § 2255 motion, and the motion (Filing No. 106) is summarily denied; and

3. The Clerk is directed to mail a copy of this Memorandum and Order to the Defendant at his last known address.

DATED this 23rd day of October, 2007.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge