IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:04CR350** |
| **Plaintiff,** | ) | |
| vs. | ) | **ORDER** |
| **DEWAYNE A. GREEN,** | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the Defendant's motion for leave to proceed in forma pauperis (Filing No. 107).

In light of the Memorandum and Order (Filing No. 111),

IT IS ORDERED that the Defendant's motion for leave to proceed in forma pauperis (Filing No. 107) is denied as moot.

DATED this 29th day of October, 2007.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge